**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**MICHAEL AZIZ ZARIF SHABAZZ,**

        **Plaintiff,**

    **v.**                      **9:12-CV-1372
                                        (NAM/TWD)**

**T. HOWARD, et al.,**

        **Defendants.**
_____

**APPEARANCES:**                            **OF COUNSEL:**

MICHAEL AZIZ ZARIF SHABAZZ
72-B-0089
Upstate Correctional Facility
P.O. Box 2001
Malone, NY 12953
Plaintiff, *pro se*

HON. ERIC T. SCHNEIDERMAN        RACHEL M. KISH, ESQ.
Attorney General for the State of New York    Assistant Attorney General
The Capitol
Albany, NY 12224
Counsel for Defendants

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

## **ORDER**

    The above matter comes to me following a Report-Recommendation by Magistrate Judge Therese Wiley Dancks, duly filed on the 1st day of September 2015. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

    After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. Defendant Atkinson's motion for summary judgment (Dkt. No. 48) is granted, and that judgment be entered in her favor.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: September 23, 2015
Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge